UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDA DUNNING LYNOM,

    Plaintiff,

v.                                      Case No.:  2:24-cv-118-JLB-KCD

LUTZ and NOVAH,

    Defendants.
_____/

### ORDER

    Plaintiff Brenda Dunning Lynom failed to appear for the Rule 16 hearing in this matter, so the Court directed her to show cause why the case should not be dismissed for failure to prosecute. (Doc. 36.) Before the Court is her response. (Doc. 37.) Plaintiff explains that she was hospitalized, and so she could not attend. Based on this representation, the Court **discharges** the order to show cause (Doc. 36) and reschedules the **in-person** Rule 16 conference for **October 21, 2024, at 11:30 a.m.** in Courtroom 4E.

    **ORDERED** in Fort Myers, Florida on September 18, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record