UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDA DUNNING LYNOM,

    Plaintiff,

v.

Case No. 2:24-CV-118-JLB

OFFICER LUTZ, OFFICER NOVAH,

    Defendants,
_____/

## ORDER

Before the Court are two motions from Plaintiff Brenda Dunning Lynom. She moves to compel discovery from Defendants (Doc. 60) and extend the mediation deadline (Doc. 61). The motions are **DENIED** because the case has been dismissed for failure to prosecute. (Doc. 62.)

**ORDERED** in Fort Myers, Florida on April 30, 2025.

Kyle C. Dudek
United States Magistrate Judge